# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, David G | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>05/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Secretary | Campbell Family Foundation |
| 2. Trustee | Trust # 1 |
| 3. Trustee | Trust # 2 |
| 4. Trustee | Trust # 3 |
| 5. Trustee | Trust # 4 |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 P 1:01 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Osborn Maledon (former law firm) — fees for work performed before taking bench | $ 5,332 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. International Center for Law and Religious Studies, Brigham Young University | October 1-6, Provo, Utah, International Law and Religion Symposium (food and hotel) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Confluent Surgical Common Stock | | None | K | W | | | | | |
| 6. Wheeler Machinery Notes Payable | E | Interest | N | T | | | | | |
| 7. El Dorado Investments, LLC | G | Distribution | O | U | | | | | |
| 8. Exxon Mobil Common Stock | A | Dividend | L | T | | | | | |
| 9. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 10. 401(k) Plan | | | | | | | | | |
| 11. – American Funds Bond Fund of Amer A | C | Dividend | M | T | | | | | |
| 12. – American Funds Inc Fund of Amer A | D | Dividend | N | T | | | | | |
| 13. – Schwab Inst. Adv. Money Market | C | Interest | M | T | | | | | |
| 14. General American Universal Life Policy | D | Interest | L | T | | | | | |
| 15. General American Variable Life Policy | C | Dividend | L | T | | | | | |
| 16. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 17. Trust # 2 | | | | | | | | | See note 1, Part VIII |

| 1. Income Gain Codes (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| | A. | | B. | | C. | | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25. -- JP Morgan Chase Bank (formerly Bank One) Account | | | None | | | | Transferred | 2004 | | | | See note 2, Part VIII |
| 26. Morningstar managed portfolio (mutual funds) | | | | | | | | | | | | |
| 27. -- Calamos Growth A | B | | Dividend | K | | T | | | | | | |
| 28. -- Baron Growth | A | | Dividend | K | | T | Partial buy | 11-02 | J | | | |
| 29. -- ABN AMRO Growth N | D | | Dividend | | | | Sell | 11-02 | L | D | | |
| 30. -- Janus Midcap Value Investor | B | | Dividend | K | | T | Partial buy | 11-02 | J | | | |
| 31. -- Oakmark I | | | None | | | | Sell | 11-02 | L | D | | |
| 32. -- PBHG Clipper Focus | D | | Dividend | | | | Sell | 11-02 | L | D | | |
| 33. -- Victory Diversified Stock A | A | | Dividend | L | | T | Partial buy | 11-02 | K | | | |
| 34. -- Third Avenue Small-Cap Value | C | | Dividend | K | | T | | | | | | |

| 1. Income Gain Codes | A --$1,000 or less | B --$1,001 - $2,500 | C --$2,501 - $5,000 | D --$5,001 - $15,000 | E --$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F --$50,001 - $100,000 | G --$100,001 - $1,000,000 | H1 --$1,000,001 - $5,000,000 | H2 --More than $5,000,000 | |
| 2. Value Codes | J --$15,000 or less | K --$15,001 - $50,000 | L --$50,001 - $100,000 | M --$100,001 - $250,000 | |
| (See Columns C1 and D3) | N --$250,001 - $500,000 | O --$500,001 - $1,000,000 | P1 --$1,000,001 - $5,000,000 | P2 --$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 --$25,000,001 - $50,000,000 | R --Cost (Real Estate Only) | P4 --More than $50,000,000 | T --Cash Market | |
| (See Column C2) | Q --Appraisal | V --Other | S --Assessment | | |
| | U --Book Value | | W --Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. – TCW Galileo Select Equities N | C | Dividend | | | Sell | 1-25 | K | C | |
| 36. – Artisian International | C | Dividend | K | T | | | | | |
| 37. – Vanguard High Yierld Tax Exempt | B | Interest | K | T | | | | | |
| 38. – Vangaurd Equity-Income | B | Dividend | | | Sell | 11-02 | L | D | |
| 39. – Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 40. – Calamos Growth & Income A | A | Dividend | K | T | Partial sell | 11-02 | J | A | |
| 41. – PIMCO Municipal Bond Admin | A | Interest | | | Sell | 1-25 | K | A | |
| 42. – Vanguard Tax-Exempt Money Market | A | Interest | J | T | | | | | |
| 43. – Cambiar Opportunity Inf | A | Dividend | L | T | Buy | 11-02 | L | | |
| 44. – Legg Mason Growth Trust Instl Shares | A | Dividend | K | T | Buy | 1-25 | K | | |
| 45. – ICAP Select Equity | A | Dividend | M | T | Buy | 11-02 | M | | |
| 46. – Third Avenue Real Estate Value | B | Dividend | K | T | Buy | 1-25 | K | | |
| 47. – American Century Tax Free Bond Inv | B | Interest | K | T | Buy | 1-25 | K | | |
| 48. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | |
| 49. – Dreyfus Appreciation Fund | A | Dividend | | | Sell | 10-11 | K | D | |
| 50. – Lord Abbett Research Fund – SM CAP A | | None | K | T | | | | | |
| 51. – MFS Research International Fund A | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A –$1,000 or less; B –$1,001 - $2,500; C –$2,501 - $5,000; D –$5,001 - $15,000; E –$15,001 - $50,000
   (See Columns B1 and D4) F –$50,001 - $100,000; G –$100,001 - $1,000,000; H1 –$1,000,001 - $5,000,000; H2 –More than $5,000,000
2. Value Codes: J –$15,000 or less; K –$15,001 - $50,000; L –$50,001 - $100,000; M –$100,001 - $250,000
   (See Columns C1 and D3) N –$250,001 - $500,000; O –$500,001 - $1,000,000; P1 –$1,000,001 - $5,000,000; P2 –$5,000,001 - $25,000,000
3. Value Method Codes: P3 –$25,000,001 - $50,000,000; P4 –More than $50,000,000
   (See Column C2) Q –Appraisal; R –Cost (Real Estate Only); S –Assessment; T –Cash Market
   U –Book Value; V –Other; W –Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. — Phoenix-Engelman Small & Mid Cap GR Fund CL A | | None | | | Sell | 10-11 | K | C | |
| 53. — TCW Galileo Select Equities 1 | | None | K | T | | | | | |
| 54. — The Oakmark Select Fund | D | Dividend | | | Sell | 4-14 | K | D | |
| 55. — Van Kampen Comstock Fund | A | Dividend | K | T | | | | | |
| 56. — MFS Research Bond CL A | A | Dividend | K | T | | | | | |
| 57. — Fidelity Adv Overseas FD Instl Cl | A | Dividend | K | T | | | | | |
| 58. — Lazard Emerging Mkts Port | A | Dividend | K | T | | | | | |
| 59. — ML Global Small Cap CL 1 | A | Dividend | K | T | | | | | |
| 60. — Scudder High Return Fd Cl A | A | Dividend | K | T | | | | | |
| 61. — Oppenheimer Internatl Bond Fd Cl A | B | Dividend | K | T | | | | | |
| 62. — Pimco Real Return Bond Fd Cl A | B | Dividend | K | T | | | | | |
| 63. — Hartford Growth Opp Fd Cl A | | None | K | T | Buy | 10-07 | K | | |
| 64. — Janus Adviser Forty Fd Cl A | | None | K | T | Buy | 10-07 | K | | |
| 65. — Pimco Commodity Real Ret Strat Fd Cl A | C | Dividend | K | T | Buy | 4-13 | K | | |
| 66. Northwestern Mutual whole life policy | C | Dividend | K | T | | | | | |
| 67. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 68. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,000 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,001 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 70. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 71. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 72. MJC Investments LLC | D | Distribution | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/13/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Trust 1 is a ███████ trust that holds our personal residence and automobiles. Other reportable assets held by the trust are included separately in Part VII. Trusts 2-4 are college education trusts that hold the assets listed below each trust.

Note 2: All trust money in the JP Morgan Chase Bank Account was transferred to the Wheeler Machinery Note Payable (on the immediately preceding line) in June of 2004, but this fact was inadvertently omitted from my 2004 financial disclosure form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date   5/13/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544